UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re: Leo Neal Jr.                     :        Case #: 22-51185

                                        :        Chapter 13

                                        :        Judge Mina Nami Khorrami

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Edward A. Bailey, Chapter 13 Trustee herein, and pursuant to 11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated: March 28, 2024                   /s/ Edward A. Bailey
                                        Edward A. Bailey
                                        Chapter 13 Trustee


Name and Address                        Amount
Leo Neal Jr.                            $46,378.40
5174 Schuylkill Street
Columbus, OH 43220